1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
UMG RECORDINGS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JUSTIN MCLAURIN,<br>　　　　　　Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**The Honorable Maria-Elena James**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1 | Plaintiffs respectfully request that the Court continue the case management conference currently set for December 27, 2007, at 10:00 a.m. to March 27, 2008. Plaintiffs filed their complaint in this matter on September 18, 2007. Defendant has not yet been served with the summons and complaint. Plaintiffs have thus far been unable to locate Defendant to accomplish service, and are still attempting to locate Defendant to personally serve him with the summons and complaint. Given these circumstances, a case management conference on the scheduled date would be premature. Accordingly, plaintiffs respectfully request that the Court continue the case management conference currently set for December 27, 2007, at 10:00 a.m. to March 27, 2008.

DATED: December 5, 2007               HOLME ROBERTS & OWEN LLP

By: _____*/s/ Matthew Franklin Jaksa*_____
    Matthew Franklin Jaksa
    Attorney for Plaintiffs


**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for December 27, 2007, at 10:00 a.m. be continued to March 27, 2008.


Dated: _____          By; _____
                                    Honorable Maria-Elena James
                                    United States Magistrate Judge

Ex Parte Application to Continue Case Management Conference and [Proposed] Order
Case No. 3:07-cv-04792-MEJ
#34177 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On December 5, 2007, I served the foregoing documents described as:

*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Justin McLaurin
101 McLaughlin Drive
Santa Cruz, CA  95064**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 5, 2007 at San Francisco, California.

_____
Molly Morris