1  Matthew Franklin Jaksa (SBN 248072)
   Holme Roberts & Owen LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105
   matt.jaksa@hro.com
4
5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  SONY BMG MUSIC ENTERTAINMENT,        No. C 07-04792-MEJ
   et al.,
10         Plaintiff(s),                 CONSENT TO PROCEED BEFORE A
                                         UNITED STATES MAGISTRATE JUDGE
11     v.

12 JUSTIN MCLAURIN,

13         Defendant(s).
                                    /
14

15    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated:  December 14, 2007          _____
                                       Signature
22
                                       Counsel for  Plaintiffs
23                                     (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28