Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN MCLAURIN,<br>Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**The Honorable Maria-Elena James**<br><br>*EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER |

Pursuant to Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request the Court for an additional 90 days to serve Defendant with the Summons and Complaint. As further explained below, Plaintiffs so far have been unsuccessful in effectuating service on Defendant, despite multiple attempts to do so. In support of their request, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on September 18, 2007. Defendant has not yet been served with the summons and complaint. The deadline for service of process on Defendant is January 16, 2008. The initial case management conference was originally scheduled for December 27, 2007, at 10:00 a.m.[1]

2. After filing the Complaint, Plaintiffs engaged a process server to serve the Defendant. The process server attempted to serve the Defendant at the address listed on the Summons, but was unsuccessful. *See* Declaration of Matthew Franklin Jaksa ("Jaksa Decl."), Exh. A. The address where service was attempted is an on-campus address supplied to Plaintiffs by Defendant's Internet Service Provider, the University of California, Santa Cruz. This address is not, or is no longer, Defendant's correct address.

3. Plaintiffs also traced Defendant through a database search to what is believed to be his permanent address in Los Angeles. Multiple attempts at service at that address have been unsuccessful. *See* Jaksa Decl., Exh. B. Although Defendant's mother has been at the Los Angeles address, she has not provided contact information for the Defendant. Plaintiffs are still attempting to locate Defendant's current university address and to serve him at either location.

4. Given the circumstances of this case, Plaintiffs respectfully request an additional 90 days to effectuate service so that Plaintiffs may continue to attempt to serve Defendant.

5. Plaintiffs' diligence in seeking to serve the Defendant demonstrates "good cause" under Rule 4 for an extension of time for service. *See Gambino v. Village of Oakbrook*, 164 F.R.D. 271, 275 (M.D. Fla. 1995) (finding good cause to expand the time limit for service where plaintiff

---

[1] On December 5, 2007, Plaintiffs filed an *Ex Parte* Application to Continue the Case Management Conference to March 27, 2008. The Court has not yet issued an Order regarding Plaintiffs' *Ex Parte* Application.

1

made a "reasonable effort to serve defendant"). This Court has discretion to enlarge the time to serve even where there is no good cause shown. *Henderson v. United States,* 517 U.S. 654, 658 n. 5 (1996).

6. Because the copyright infringements alleged here occurred in 2007, the three-year limitations period for these claims has not expired. *See* 17 U.S.C. § 507(b) (2000). There can thus be no prejudice to the defendant from any delay in serving the complaint.

7. Plaintiffs will provide the Defendant with a copy of this request and any order concerning this request when service of process occurs.

DATED: January 15, 2008                     HOLME ROBERTS & OWEN LLP

By:     */s/ Matthew Franklin Jaksa*
        Matthew Franklin Jaksa
        Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended to April 15, 2008.

Dated: _____        By; _____
                                   Honorable Maria-Elena James
                                   United States Magistrate Judge