1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
   Facsimile:   (415) 268-1999
4  Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  WARNER BROS. RECORDS INC.; and
   UMG RECORDINGS, INC.
8

9              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

12  SONY BMG MUSIC ENTERTAINMENT, a         CASE NO. 3:07-CV-04792-MEJ
    Delaware general partnership; WARNER BROS.
13  RECORDS INC., a Delaware corporation; and   **The Honorable Maria-Elena James**
    UMG RECORDINGS, INC., a Delaware
14  corporation,                                **DECLARATION OF MATTHEW**
15                      Plaintiffs,             **FRANKLIN JAKSA IN FURTHER**
                                                **SUPPORT OF *EX PARTE* APPLICATION**
16          v.                                  **TO EXTEND TIME TO SERVE**
                                                **DEFENDANT**
17
18  JUSTIN MCLAURIN,
                        Defendant.
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MATTHEW FRANKLIN JAKSA
Case No. 3:07-cv-04792-MEJ
#34861 v1

## DECLARATION OF MATTHEW FRANKLIN JAKSA

I, Matthew Franklin Jaksa, declare:

1.      I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.      Plaintiffs filed their Complaint on September 18, 2007. Plaintiffs have so far been unsuccessful in serving Defendant with the summons and complaint.

3.      Attached hereto as **Exhibit A** and **Exhibit B**, are true and correct copies of the Declarations of Non Service by the process server describing the failed attempts to serve Defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2008, at San Francisco, California.

_____
Matthew Franklin Jaksa

DECLARATION OF MATTHEW FRANKLIN JAKSA
Case No. 3:07-cv-04792-MEJ
#34861 v1

1

# **EXHIBIT A**

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, ET AL.,** | Hearing Date: |
| | CAUSE NO: **C 07 4792 MEJ** |
| Plaintiff/Petitioner | |
| | DECLARATION OF NON SERVICE OF: |
| vs. | **NOTICE TO DEFENDANT; SUMMONS; CIVIL** |
| **JUSTIN MCLAURIN** | **COVER SHEET; COMPLAINT FOR COPYRIGHT** |
| | **INFRINGEMENT; EXHIBIT; CERTIFICATION OF** |
| | **INTERESTED ENTITIES OR PERSONS; ORDER** |
| Defendant/Respondent | **SETTING INITIAL CASE MANAGEMENT** |
| | **CONFERENCE AND ADR DEADLINES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **JUSTIN MCLAURIN** at the address of: **101 MCLAUGHLIN DR , Santa Cruz, Santa Cruz County, CA 95064** and was unable to effect service for the following reasons:

**9/29/2007 11:57:00 AM: The given address belongs to Stevenson College on the U.C. Santa Cruz campus. Subject is unknown.**

Declarant hereby states under penalty of perjury under the laws of the State of **California** that the statement above is true and correct.

DATED this 3rd day of October, 2007.

Terry Graap, Reg. # 1027, Santa Clara, CA

FOR: **HOLME ROBERTS &
OWEN, LLP**

ORIGINAL PROOF OF
SERVICE

Tracking #: **4975579** SEA

# **EXHIBIT B**

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONY BMG MUSIC ENTERTAINMENT, ET AL.,** | Hearing Date: |
| Plaintiff/Petitioner | CAUSE NO: **C 07 4792 MEJ** |
| vs. | DECLARATION OF NON SERVICE OF: **NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| **JUSTIN MCLAURIN** | |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **JUSTIN MCLAURIN** at the address of: **5325 S ARLINGTON AVE , LOS ANGELES, Los Angeles County, CA 90043** and was unable to effect service for the following reasons:

**12/22/2007 3:06:00 PM: No Answer at the door.**
**12/24/2007 8:03:00 AM: Per defendant's mother (black female approx. 40-45 years of age 5'6"-5'8" in height weighing 140-160 lbs with black hair), defendant not in.**
**12/27/2007 5:29:00 PM: Not in per subject's mother.**
**12/30/2007 6:50:00 AM: No Answer at the door.**
**12/31/2007 4:16:00 PM: No Answer at the door.**
**1/2/2008 7:02:00 PM: Per defendant's mother, defendant no longer resides there, he went back to school.**

Declarant hereby states under penalty of perjury under the laws of the State of **California** that the statement above is true and correct.

DATED this **7th day of January, 2008**.

*Katherine Brown*
Kathy Brown, Reg. # 4106, Los Angeles, CA

FOR: **HOLME ROBERTS & OWEN, LLP**
REF: **Justin McLaurin**

ORIGINAL PROOF OF
SERVICE

Tracking #: **4975579** SEA