Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>JUSTIN MCLAURIN,<br>    Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**The Honorable Maria-Elena James**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for March 27, 2008, at 10:00 a.m. to June 26, 2008. As further explained below, Plaintiffs are still attempting to determine Defendant's whereabouts and serve him with process. In support of this request, Plaintiffs state as follows:

2. 1.  Plaintiffs filed their complaint in this matter on September 18, 2007. The Court previously issued an Order continuing the case management conference from the original date of December 27, 2007 to the currently scheduled date. The Court also issued an Order extending the deadline for service of process to April 15, 2008.

3. 2.  Plaintiffs have thus far been unsuccessful at serving Defendant with process. To date, Plaintiffs have attempted to serve Defendant both at the Santa Cruz address listed on the Summons (at which Defendant no longer resides) and at a Los Angeles address that Plaintiffs discovered through a database search. Despite multiple service attempts, Plaintiffs were unable to effectuate service at either address, and have since contracted for a further investigation to determine where Defendant can be found and served with process. Plaintiffs are still awaiting the final results of that investigation, and in particular the results of a postal trace of the Los Angeles address.

4. 3.  Plaintiffs will continue making diligent efforts to locate and serve Defendant. However, because Defendant has not yet been served with process, a case management conference at this time is unnecessary.

5. 4.  Accordingly, Plaintiffs respectfully request that the Court continue the case management conference currently set for March 27, 2008, at 10:00 a.m. to June 26, 2008, or such other date as conveniences the Court.

6. 5.  Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

DATED: March 17, 2008                HOLME ROBERTS & OWEN LLP

By:  ____*/s/ Matthew Franklin Jaksa*____
         Matthew Franklin Jaksa
         Attorney for Plaintiffs

1

1
2 **<u>ORDER</u>**
3   Good cause having been shown:
4   **IT IS ORDERED** that the case management conference currently scheduled for March 27,
5 2008, at 10:00 a.m. be continued to June 26, 2008.
6
7 Dated: _____       By; _____
                                        Honorable Maria-Elena James
8                                       United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28