1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  WARNER BROS. RECORDS INC.; and
   UMG RECORDINGS, INC.
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN MCLAURIN,<br><br>Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**The Honorable Maria-Elena James**<br><br>**NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE (DOCKET NO. 11)** |
|---|---|

---

Notice of Withdrawal of Ex Parte Application to Continue Case Management Conference and [Proposed] Order
Case No. 3:07-cv-04792-MEJ
#36245 v1

1  Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, hereby withdraw their *Ex Parte*
2  Application to Continue Case Management Conference ("*Ex Parte* Application"), filed on March 17,
3  2008 and entered as Docket No. 11.  The Court issued an Order on Jan. 16, 2008 continuing the case
4  management conference to June 19, 2008.  Accordingly, the relief sought in Plaintiffs' *Ex Parte*
5  Application is not needed.

6  Dated: March 18, 2008                                          HOLME ROBERTS & OWEN LLP

8                                                          By:    */s/ Matthew Franklin Jaksa*
                                                                  MATTHEW FRANKLIN JAKSA
9                                                                 Attorney for Plaintiffs
                                                                  SONY BMG MUSIC
10                                                                ENTERTAINMENT; WARNER BROS.
                                                                  RECORDS INC.; and UMG
11                                                                RECORDINGS, INC.

1

Notice of Withdrawal of Ex Parte Application to Continue Case Management Conference and [Proposed] Order
Case No. 3:07-cv-04792-MEJ
#36245 v1