Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>JUSTIN MCLAURIN,<br><br>                    Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**Honorable Maria-Elena James**<br><br>*EX PARTE* APPLICATION TO EXTEND TIME FOR SERVICE OF PROCESS AND [PROPOSED] ORDER |

Pursuant to Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request an additional 90 days to serve Defendant with the Summons and Complaint. As further explained below, Plaintiffs continue to attempt to determine where Defendant may be found and served with process. In support of this request, Plaintiffs state as follows:

1. Plaintiffs filed their complaint in this matter on September 18, 2007. The current deadline for service of process is April 15, 2008. The Court granted Plaintiffs' previous request for a 90-day extension of the service deadline by its Order of January 16, 2008. At that time, Plaintiffs had already attempted to serve defendant at both a Santa Cruz and a Los Angeles address, but were unable to locate and serve defendant at either location.

2. Plaintiffs continue to attempt to locate and serve Defendant. After their previous service attempts failed, Plaintiffs contracted for a further investigation to determine where Defendant may be found and served with process. Plaintiffs are still awaiting the final results of that investigation, and in particular the results of a postal trace of the Los Angeles address.

3. The initial case management conference is set for June 19, 2008, as previously continued by the Court's order of January 16, 2008. Plaintiffs are hopeful that they will be able to serve Defendant in time for Defendant to file a response and participate in the case management conference on the currently scheduled date. However, if Plaintiffs are unable to serve Defendant, they will file a request to further continue the case management conference at the appropriate time.

4. Plaintiffs' diligence in attempting to locate and serve Defendant demonstrates "good cause" under Rule 4 for an extension of time for service. *See Gambino v. Village of Oakbrook*, 164 F.R.D. 271, 275 (M.D. Fla. 1995) (finding good cause to expand the time limit for service where plaintiff made a "reasonable effort to serve defendant"); s*ee also Matasareanu v. Williams*, 183 F.R.D. 242, 245-46 (C.D. Cal. 1998) (stating good cause standard for service extensions). This Court has discretion to enlarge the time to serve even where there is no good cause shown. *Henderson v. United States,* 517 U.S. 654, 658 n. 5 (1996).

5. Because the copyright infringements alleged here occurred in 2007, the three-year limitations period for these claims has not expired. *See* 17 U.S.C. § 507(b) (2000). There can thus be no prejudice to the defendant from any delay in serving the complaint.

6. Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

DATED: April 15, 2008                HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa_____
     Matthew Franklin Jaksa
     Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended 90 days to July 14, 2008.

Dated: April 16, 2008            By; _____
                                  Honorable Maria-Elena James
                                  United States Magistrate Judge