Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JUSTIN MCLAURIN,<br>　　　　　　Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**Honorable Maria-Elena James**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2  ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claims against Defendant JUSTIN MCLAURIN, each party to bear
4  its/his own fees and costs.  The Clerk of Court is respectfully requested to close this case.

6  Date:  June 9, 2008                                        HOLME ROBERTS & OWEN LLP

8                                                             By:  _____*/s/ Dawniell Zavala*_____
                                                                    Dawniell Alise Zavala
9                                                                   Attorneys for Plaintiffs
                                                                    SONY BMG MUSIC
10                                                                  ENTERTAINMENT; BMG MUSIC;
11                                                                  ARISTA RECORDS LLC; and CAPITOL
                                                                    RECORDS, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On June 9, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Justin McLaurin**
> **101 McLaughlin Drive**
> **Santa Cruz, CA 95064**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 9, 2008 at San Francisco, California.

_Molly Morris_
Molly Morris