AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. 07-4792 JL | DATE FILED 9-18-07 |

| PLAINTIFF | DEFENDANT |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC. | JUSTIN MCLAURIN |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☒ No | 6-9-08 |
| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>GLORIA ACEVEDO | DATE<br>6-11-08 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and
UMG RECORDINGS, INC.

E-filing

ENTERED IN CIVIL DOCKET 6-908

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN MCLAURIN,<br>Defendant. | CASE NO. 3:07-CV-04792-MEJ<br><br>**Honorable Maria-Elena James**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:07-CV-04792-MEJ
#38046 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant JUSTIN MCLAURIN, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Date: June 9, 2008                                HOLME ROBERTS & OWEN LLP

By: *  /s/ Dawniell Zavala  *
Dawniell Alise Zavala
Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; ARISTA RECORDS LLC; and CAPITOL RECORDS, INC.

1

PROOF OF SERVICE
CASE NO. 3:07-CV-04792-MEJ
#38046 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On June 9, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Justin McLaurin**
> **101 McLaughlin Drive**
> **Santa Cruz, CA 95064**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on June 9, 2008 at San Francisco, California.

*/s/ Molly Morris*
Molly Morris

PROOF OF SERVICE
CASE NO. 3:07-CV-04792-MEJ
#38046 v1